1

2

3

4

5

6

7

8

9

10

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PAULINE SANTA CRUZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION &<br>FEDEX GROUND PACKAGE SYSTEM, INC,<br><br>Defendants. | **CASE NO.: 3:21-cv-00256-LRH-CLB**<br><br>**STIPULATION TO DISMISS DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. WITHOUT PREJUDICE**<br><br>**AND ORDER THEREON** |

11

12

13

14

15

16

17    **IT IS HEREBY STIPULATED** by and between Plaintiff, PAULINE SANTA CRUZ

18  and Defendants, FEDERAL EXPRESS CORPORATION and FEDEX GROUND PACKAGE

19  SYSTEMS, INC., (collectively the "Parties"), by and through their undersigned counsel, that

20  Defendant, FEDEX GROUND PACKAGE SYSTEM, INC., be dismissed from the above

21  captioned action without prejudice.  The Parties further stipulate that FEDEX GROUND

22  PACKAGE SYSTEM, INC., was misidentified as the proper defendant in the above captioned

23  action.  Finally, the Parties agree that this stipulated dismissal only relates to Defendant,

24  FEDEX GROUND PACKAGE SYSTEM, INC.

25  / / /

26  / / /

27  / / /

28  / / /

On this basis, the Parties jointly request an order from this Court dismissing FEDEX GROUND PACKAGE SYSTEM, INC. from the above caption case without prejudice.

Dated this 25th day of June 2021.

RESPECTFULLY SUBMITTED:


By: /s/ Dora Lane
    Dora Lane, Esq.
    S. Jordan Walsh, Esq.
    Holland & Hart, LLP
    5441 Kietzke Lane, Second Floor
    Reno, Nevada  89511

    *Attorney for Defendant*
    *Federal Express Corporation*


By: /s/ Michael J. Nunez
    Michael J. Nunez, Esq. (NV Bar No. 10703)
    Murchison & Cumming LLP
    Tivoli Village
    350 S. Rampart Blvd., Suite 310
    Las Vegas, Nevada  89145
    Telephone: (702) 216-3860
    Facsimile: (702) 360-3957
    MJNunez@murchisonlaw.com

    *Attorney for Defendant*
    *FedEx Ground Package System, Inc.*


By: /s/ Mark Mausert
    Mark Mausert, Esq. (NV Bar No. 2398)
    729 Evans Avenue
    Reno, Nevada  89512
    Telephone: (775) 786-5477
    Facsimile: (775) 786-9658
    mark@mausertlaw.com

    *Attorney for Plaintiff*

**IT IS SO ORDERED:**

DATED this 29th day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2