# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULINE SANTA CRUZ, | Case No.: 3:21-cv-00256-LRH-CLB |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS WITH PREJUDICE** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

      Plaintiff, PAULINE SANTA CRUZ, and Defendant, FEDERAL EXPRESS CORPORATION, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. The case has been resolved.

//

//

//

//

//

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated this 11th day of April, 2022.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, NV 89512

*Attorneys for Plaintiff*

Dated this 11th day of April, 2022.
FEDERAL EXPRESS CORPORATION

 /s/ Brandon Pettes
BRANDON D. PETTES, ESQ.
CHRISTOPHER M. AHEARN, ESQ.
3620 Hacks Cross Road, Bldg. B, 2nd Floor
Memphis, Tennessee 38125

KARYN M. TAYLOR, ESQ.
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated:  April 11, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2.